■ NORTHEAST GENERAL CORPORATION, Appellant, v WELLINGTON ADVERTISING, INC., et al., Respondents.—Judgment, Supreme Court, New York County (Martin Stecher, J.), entered on June 7, 1991, unanimously affirmed for the reasons stated by Stecher, J., with costs and with disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Ross, Kassal and Rubin, JJ. *[See,* 151 Misc 2d 389.]

■ PETER F. BONOFF, Individually and as a Shareholder and on Behalf of GENERAL LINEN SUPPLY & LAUNDRY CO., INC., and